FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.   12/16/21
★ DEC 20 2021 ★
LONG ISLAND OFFICE

to: MR/MAAM
FROM: JONATHAN NEIRA

FIRST AND FORMOST, I WOULD LIKE TO THANK YOU IN ADVANCE FOR THE CONCERN THE COURT HAS TAKEN IN REGARDS TO ALL MY CIVIL RIGHTS COMPLAINTS UNDER THE FOLLOWING NAMES; JONATHAN NEIRA AND JONATHAN WILLIAM NEIRA MARQUEZ. I AM FOLLOWING UP WITH MY LAST CIVIL RIGHTS COMPLAINT I FILED ON 11/27/21 AND SUBMITTED VIA POST MAIL ON 11/30/21 FROM KIRBY FORENSIC PSYCHIATRIC CENTER LOCATED AT 102 RIVERS EDGE ROAD NY, NY 10035 WHILE STILL INCARCERATED UNDER NASSAU COUNTY CORRECTION CENTER SUPERVISION, I WOULD LIKE TO GET CONFIRMATION OF THE FOLLOWING CIVIL RIGHTS COMPLAINT THAT YOU RECEIVED BY NOW IN A TIMELY ORDERLY FASHION BACK TO THE NASSAU COUNTY CORRECTION CENTER FACILITY AT 100 CARMAN AVENUE EAST MEADOW, NY 11554 ICN # 2021000681;

JONATHAN NEIRA
PLAINTIFF

— AGAINST —

OFFICE OF THE DISTRICT ATTORNEY
MINEOLA, NY 11501

FURTHERMORE, I WOULD LIKE TO ADD MY EI SUMMIT CERTIFICATE AS SHOWN BELOW FOR SUPPORTIVE INFORMATION FOR ALL MY CIVIL RIGHTS COMPLAINT UNDER THE EXISTING NAMES;

   JONATHAN NEIRA AND

   JONATHAN WILLIAM NEIRA MARQUEZ

EI SUMMIT (CHATTER)
   JONATHAN NEIRA MARQUEZ
   BALDWIN, NY

KINDLY REQUEST FOR A CONFIRMATION RECEIPT THAT YOU HAVE RECEIVED MY CIVIL RIGHTS COMPLAINT TO THE CHANGE OF ADDRESS TO;

   NASSAU COUNTY CORRECTION CENTER
   100 CARMAN AVENUE
   EAST MEADOW, NY 11554

                           JONATHAN NEIRA
                           _____
                           PLAINTIFF



Mr. JONATHAN NEIRA
C.C.# 2021G00681
Location FI-F41
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 20 2021 ★
LONG ISLAND OFFICE

11722-443800