to: DOUGLAS C PALMER                                               2/9/22
CASE#: 2:21-CV-06747-JMA-AYS    JUDGE: JOAN M. AZRACK

    I REQUEST to FILE ATTACH INFORMATION to SUPPORT the FACTS OF the ABOVE CIVIL COMPLAINT CASE.

          Jonathan Nebra
          PRO SE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 14 2022 ★
LONG ISLAND OFFICE

to: DOUGLAS C PALMER
CASE#: 2:21-CV-06747-JMA-AYS    JUDGE: JOAN M. AZRACK

PALMER  
K OF COURT  

FROM: JONATHAN NEIRA  

CASE # 2:21-CV-06747-JMA-AYS  

JUDGE: JOAN M. AZRACK  

JANUARY 19, 2022

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ JAN 24 2022 ★  
LONG ISLAND OFFICE

ADDITIONAL SUPPORTIVE INFORMATION TO VERIFY IN REGARDS TO THIS CASE, NEIRA V. OFFICE OF THE DISTRICT ATTORNEY.

I AM UPDATING YOU ON THE DOCUMENTS I HAVE SUBMITED TO THE OFFICE OF THE DISTRICT ATTORNEY (COURTHOUSE) IN THE COUNTY OF NASSAU SINCE I RETURNED BACK TO NASSAU COUNTY CORRECTIONAL CENTER FROM GOING THROUGH THE TEMPORARY COURT ORDERED 730 EXAM ON 8/24/21 BY JUDGE MERYL J. BERKOWITZ THAT STATED, CANNOT EXCEED 90 DAYS. WHICH WAS AN ILLEGAL REQUEST ON THEIR PART DUE TO MY HIPA RECORDS NEVER HAD ANY PSYCHIATRIC HISTORY, HAVE NEVER TAKEN ANY PSYCHIATRIC MEDICINE OR LASTLY NEVER BEEN IN A PSYCHIATRIC CENTER IN MY LIFE AND COULDN'T MEET THE POLICY WHERE I WAS TRANSPORTED TO. THE RETURN DATE BACK TO NCCC FROM KIRBY FORENSIC PSYCHIATRIC CENTER 102 RIVERS EDGE ROAD WARDS, NY 10035 WAS ON DECEMBER 15, 2021.

THE FOLLOWING DOCUMENTS FORWARDED TO THE COURT WERE FILED AND NOTARIZED ON THE DATES SHOWN BELOW. WAITING FOR MY DEMANDS TO BE ADDRESS STILL SO I CAN GAIN BACK MY LIBERTY FROM THIS UNLAWFUL INCARCERATION;

|   | FILED | NOTARIZED |
|---|---|---|
| 1- PETITION FOR A WRIT OF A HABEAS CORPUS | 12/21/21 | 12/21/21 |
| 2- DEMAND FOR A FELONY EXAM AND CROSS 190.50 NOTICE. | 01/11/22 | 01/11/22 |
| 3- PETITION FOR A WRIT OF A HABEAS CORPUS | 01/11/22 | 01/11/22 |

Jonathan Neira  
PRO SE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 26 2022 ★
LONG ISLAND OFFICE

SCANNED

TO: DOUGLAS C PALMER
CLERK OF COURT

FROM: JONATHAN NEIRA

CASE# 2:21-CV-06747-JMA-AYS        JUDGE: JOAN M. AZRACK

01/23/22

THIS LETTER TO THIS COURT IS TO SHOW AN APPROACH I WAS MAKING TO GET REPRESENTATION IN NASSAU COUNTY COURTHOUSE IF RELEVANT TO ELAVORATE MY TRACK RECORD DISCRIMINATION IN REGARDS TO THIS UNLAWFUL ARREST THAT LED TO BECOME AN UNLAWFUL INCARCERATION. I WROTE THE FOLLOWING LETTER TO HONORABLE JUDGE DONNINO ON JUNE 2, 2021 WHICH I WAS IN FRONT OF IN 2013 AND 2014. ATTORNEY RONALD BECKOFF REPRESENTED ME ON 2013 FOR A POSSESSION OF A FIREARM THAT WAS FOUND IN A SUER AND NEVER FOUND ON MY POSSESSION PLUS POSSESSION OF NARCOTICS WHICH I WAITED SIX MONTHS TO GET LAB REPORTS BACK ON BOTH MATTERS. THE RESULT OF THE HAND GUN CAME BACK AS UNOPERABLE AND THE ALLEGE HEROIN CAME BACK AS 0.13g IN THE SCALE SPECTRUM. I ENDED UP DOING A LITTLE MORE THAN 9 MONTHS WITH A OUTPATIENT TREATMENT PLEA BARGAIN OF 3 YEARS FLAT ON THE BACK IF NOT COMPLETE IT IF REMEMBER CORRECTLY. ON 2014 ATTORNEY GREGORY GREZAPOLES REPRESENTED ME FOR THE UNLAWFUL SEARCH AND SEIZURE WHICH I WAS SEATING ON THE PASSENGER SEAT OF A FRIEND'S CAR. THIS ARREST LED TO JOINT BOTH CASES TO RUN CONCURRENT UNDER JUDGE DONNINO'S PLEA BARGAIN OF 3 YEARS FLAT WITH $1\frac{1}{2}$ YEAR OF PAROLE SUPERVISION AS THE ORIGINAL PLEA OF 2013 CASE. UPON COMPLETION OF TERMS, THE CASES WOULD BE SEALED. ACCORDING TO THE LAW, THIS WAS AN ILLEGAL SENTENCE THAT I TOOK A PLEDGE TO GAIN BACK COMPLETE FREEDOM. OUTPATIENT PLEA BARGAIN 2013 CASE WAS TASK FORCE AND OUTPATIENT TREATMENT PROGRAM WAS EAC AT 175 FULTON STREET HEMPSTEAD NY 11550. I COMPLETED TO ACHIEVE MY NARCOTICS/ALCOHOL PREVENTION CERTIFICATE IN 2016 AND MAX OUT

1

SCANNED
FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ JAN 26 2022 ★

As completion of parole supervision 2017.

I sent Judge Donnino the letter attach to this relevant information to be verify if need it by this court prior to sending 1/2 motion of preservation of rights in August, 2021, to address the issue to get release own recognizance immediately but never received any response!!!

As completion of parole supervision 2017. I sent Judge Donnino the letter attach to this relevant information to be verify if need it by this court. Prior to sending a motion of preservation of rights in August, 2021, to address the issue to get release own recognizance immediately and never received any response.

Jonathan Neira
PRO SE



ARREST #2021AR504205
CASE FOLDER #2021CR332434
NEIRA, JONATHAN

6/2/21

TO: HONORABLE DONNINO
FROM: JONATHAN NEIRA

I AM REACHING OUT TO YOUR CHAMBER OF COMAND TO REMIND YOU THE SEALED INDICMENT I PLEDGED; 3 YEARS FLAT IN 2014 FROM 2013 ARREST. I HAVE COMPLETED FULL CONDITIONS AND PAROLE IN 2017 TO GET FULL FREEDOM. AFTER COMPLETION, I BECAME FEIC THROUGH MY NMLS BANKING REGISTRY WITH CONTINUOUS EDUCATION...

I WAS ARRESTED ON 4/21/21 UNLAWFULLY WITH NO PROBABLE CAUSE INSIDE MY LOCAL CVS PHARMACY BUSINESS ESTABLISHMENT, WHERE I WAS STANDING INSIDE WHILE MANY POLICE OFFICERS IN UNIFORM WERE POINTING GUNS TO ME STATING "PUT YOUR HANDS UP," I REPLIED WHILED I LOOKED AT THEIR DIRECTION AND SAID "PUT YOUR FUCKING GUNS DOWN, I AM MILITARY." ONE POLICE OFFICER WALKED DOWN THE RIGHT AILED IN THE BUSINESS ESTABLISHMENT WHILED I LOOKED AT OTHER FEW OFFICERS WALKED ACROSS MY FRONTAL VIEW TO THE LEFT. POLICE OFFICER ON THE RIGHT AILED WALKED BEHIND ME WHILED I WAS STANDING THERE STILL TO ADDRESS THE MATTER. SAME OFFICER GRABBED THE BACK OF MY BOOK BAG AND SHOOKED ME WHILE SAYING "DROP TO THE FLOOR." HE THEN GUN BUTTED ME IN THE LEFT SIDE OF MY FORHEAD WHILE I WAS ROLLING TOWARDS THE FLOOR. FURTHERMORE, WHILE I WAS ON THE FLOOR, OFFICERS WERE KICKING ME WHILE I WAS COMPLYING FOR ARRESTING OFFICER TO PUT HANDCUFFS AND TAKING EVERYTHING OUT OF MY POCKETS. I WAS INTERVIEWED BY ROBBERY SQUAD AT THEIR BASE AFTER LEAVING CVS LOCATION. I EXPLAINED TO ARRESTING OFFICERS THE SAME REASON WHY I WAS THERE AND MY PROFESSIONALISM WHEN ROBBERY SQUAD STATED AS RECORDED "I WOULD BE LET GO IN A HOUR OR (2) HOURS.

I WAS THEN TRANSPORTED BY OTHER OFFICERS TO MINEOLA HEADQUARTERS OVER

1

NIGHT. UNKNOWN OFFICERS ESCORTED ME TO THE HOSPITAL TO GET (2) FJI'S BEFORE THE MORNING ARRAIGNMENT WITH NO CHARGES, ALSO A CAT-SCAN. EARLY FOLLOWING MORNING 4/28/21 I WAS INTERVIEWED AND ARRAIGNED BY DA AND PROSECUTOR WHERE THEY ATTEMPTED TO GIVE ME A BAIL WITH NO CHARGES AT EXACT MOMENT. I STATED TO DA EXACTLY WHAT ROBBERY SQUAD TOLD THAT I WOULD BE LET GO IN A HOUR OR 2 PRIOR TO VIRTUAL CONFERENCE WITH PROSECUTOR TO DISCUSS UNLAWFUL BAIL BARGAIN.

I REQUESTED A FELONY EXAM (180/80) TO DA WHERE HE DISREGARDED MY REQUEST. I WAS THEN HOUSED UNLAWFULLY AT THE NCCC 4/28/21 WAITING FOR REPRESENTATION. PRIVATE ATTORNEY EVAN PRIESTON WAS HIRED TO REPRESENT ME AT THE BEGINNING OF MAY BY FAMILY MEMBER. ATTORNEY PRIESTON AND I HAD A DIRECT CONFERENCE WHERE I EXPLAINED IN DETAILED MY PROFESSION AND THE UNLAWFUL ARREST WHERE I REQUESTED HIM TO START PRELIMINARY FOR CIVIL RIGHT VIOLATIONS UNDER THE CIVIL RIGHTS ACT. ARRESTING SQUAD VIOLATED ALL 26 CIVIL RIGHT AMENDMENTS.

NIGHT. UNKNOWN OFFICERS ESCORTED ME TO THE NUMC HOSPITAL TO GET (2) FITS BEFORE THE MORNING ARRAIGNMENT WITH NO CHARGES, ALSO A CAT-SCAN. EARLY FOLLOWING MORNING 4/22/21 I WAS INTERVIEWED AND ARRAIGNED BY D.A AND PROSECUTOR WHERE THEY ATTEMPTED TO GIVE ME A BAIL WITH NO CHARGES AT EXACT MOMENT. I STATED TO DA EXACTLY WHAT ROBBERY SQUAD TOLD ME, THAT I WOULD BE LET GO IN A HOUR OR 2 PRIOR TO VIRTUAL CONFERENCE WITH PROSECUTOR AND D.A TO DISCUSS UNLAWFUL BAIL BARGAIN. I REQUESTED A FELONY EXAM (180.80) TO DA, WHERE HE DISREGARDED MY REQUEST. I WAS THEN HOUSED UNLAWFULLY AT THE NCCC ON 4/22/21 WAITING FOR REPRESENTATION. PRIVATE ATTORNEY EVAN PRIESTON WAS HIRED TO REPRESENT ME AT THE BEGINNING OF MAY BY FAMILY MEMBER. ATTORNEY PRIESTON AND I HAD A DIRECT CONFERENCE WHERE I EXPLAINED IN DETAILED MY PROFESSION AND THE UNLAWFUL ARREST WHERE I REQUESTED HIM TO START PRELIMINARY FOR CIVIL RIGHT VIOLATIONS UNDER THE CIVIL RIGHTS ACT. ARRESTING SQUAD VIOLATED ALL 16 CIVIL RIGHT AMENDMENTS.

Jonathan Neira

PRO SE

2