FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 23 2022 ★
LONG ISLAND OFFICE

TO: DOUGLAS C PALMER  3/13/22

FROM: (1) JONATHAN NEIRA CIVIL DOCKET CASE # 2:21-CV-04338-JMA-AYS
(2) JONATHAN WILLIAM NEIRA MARQUEZ CIVIL DOCKET CASE # 2:21-CV-04592-JMA-AYS
(3) JONATHAN WILLIAM NEIRA MARQUEZ CIVIL DOCKET CASE # 2:21-CV-04771-JMA-AYS
(4) JONATHAN NEIRA CIVIL DOCKET CASE # 2:21-CV-06747-JMA-AYS
(5) JONATHAN NEIRA MARQUEZ CIVIL DOCKET CASE # 2:22-CV-00416-JMA-AYS

I AM REQUESTING A CHANGE OF ADDRESS FROM NASSAU COUNTY CORRECTIONAL CENTER 100 CARMAN AVENUE EAST MEADOW NY 11554 WITH MY FREE CLEARANCE ICN: 2004060017 AND CC: 2021000681 WHICH I AM STILL INCARCERATED UNDER NCCC SUPERVISION. I WOULD LIKE TO RECEIVE FUTURE POST MAIL TO THE FOLLOWING ADDRESS:

KIRBY FORENSIC PSYCHIATRIC CENTER
102 RIVERS EDGE ROAD
NY, NY 10035
LOC: 946a

PLEASE FILE MY ICN: 2004060017 TO ALL NAMES ABOVE TO BE DOCUMENTED.

Jonathan Neira
PRO SE

MANHATTAN PSYCHIATRIC CENTER
KIRBY FORENSIC PSYCHIATRIC CENTER
102 RIVERS EDGE ROAD
NEW YORK, NEW YORK 10035-6095

JONATHAN NEIRA
LOC: 946a

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 23 2022 ★

LONG ISLAND OFFICE

LEGAL MAIL

LEGAL